UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. NYGEE JOHNSON 21-cr-369 (SDW)

## **PETITION FOR WRIT OF HABEAS CORPUS**

**( X ) Ad Prosequendum**                    ( ) Ad Testificandum

1. NYGEE JOHNSON, D/O/B 8/10/1998; FBI No. P1P2XT5KH; (hereinafter the "Detainee") is in the custody of the Garden State Youth Detention Facility.

2. The Detainee is

    charged in this District by: (**X**) Indictment    ( ) Information    ( ) Complaint

    with a violation of 18 USC § 1962(d).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at United States District Court, MLK, Jr. Bldg. & U.S. Courthouse, Newark, New Jersey, before the Hon. Susan D. Wigenton, on Wednesday, December 14, 2022, at 1:30 p.m., for an arraignment in the above-captioned case.   A Writ of Habeas Corpus should issue for that purpose.

DATED:   November 21, 2022

*/s/Francesca Liquori*

Francesca Liquori
Assistant U.S. Attorney
Petitioner

**O R D E R**

Let the Writ Issue.

DATED: November __21__, 2022

_____
Hon. Susan D. Wigenton, U.S.D.J.

**W R I T   O F   H A B E A S   C O R P U S**

The United States of America to the Garden State Youth Detention Facility

WE COMMAND YOU that you have the body of

   NYGEE JOHNSON, D/O/B 8/10/1998; FBI No. P1P2XT5KH

in the custody of the Garden State Youth Detention Facility brought to the United States District Court, MLK, Jr. Bldg. & U.S. Courthouse, Newark, New Jersey, before the Hon. Susan D. Wigenton on Wednesday, December 14, 2022, at 1:30 p.m., for an arraignment, in the matter of United States v. Nygee Johnson, 21-cr-369-10(SDW).

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

   WITNESS the Honorable Susan D. Wigenton
   United States District Judge
   Newark, New Jersey

DATED: Nov. __21st__, 2022            WILLIAM T. WALSH
                                       Clerk of the U.S. District Court
                                       for the District of New Jersey

                                       Per: __s/Carmen D. Soto__
                                              Deputy Clerk